JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS HOPEWELL,<br><br>  Plaintiff,<br><br>vs.<br><br>LOS ABOGADOS LOCOS, LLC D/B/A EL PATRON MEXICAN RESTAURANT; and DOES 1 through 10,<br><br>  Defendants. | **Case No.: 2:18-cv-09292-JFW (FFMx)**<br>Assigned to Hon. John F. Walter<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION** |

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, each side to bear their own fees and costs.

SO ORDERED.

DATED: February 6, 2019

_____
United States District Court Judge